1  FRANCESCO P. BENAVIDES, CSBN 258924
2  1990 N. California Blvd., Suite 20
   Walnut Creek, CA 94596
3  Tel: (925) 222-7071
   Email: francesco@benavidesdisabilitylaw.com
4  Attorney for Plaintiff

5  PHILLIP A. TALBERT
6  United States Attorney
   PETER THOMPSON
7  Regional Chief Counsel
8  ELIZABETH LANDGRAF, CSBN 313184
   Special Assistant United States Attorney
9  Social Security Administration
   Office of the General Counsel
10 160 Spear St Ste 800
11 San Francisco, CA 94105
   Telephone: (510) 970-4806
12 Facsimile: (415) 744-0134
   E-mail: elizabeth.landgraf@ssa.gov
13 Attorneys for Defendant

14                    UNITED STATES DISTRICT COURT
15                    EASTERN DISTRICT OF CALIFORNIA
16                            FRESNO DIVISION
17

18 | DANIELE MARTINEZ, | ) Case No.: 1:21-cv-01383-BAM |
|---|---|
19 | Plaintiff, | ) STIPULATION TO VOLUNTARY REMAND PURSUANT TO |
20 | vs. | ) SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
21 | KILOLO KIJAKAZI, | ) |
22 | Acting Commissioner of Social Security, | ) ORDER |
23 | | ) |
24 | Defendant. | |

25      IT IS HEREBY STIPULATED, by and between Plaintiff and Kilolo
26 Kijakazi, Acting Commissioner of Social Security (the Commissioner or

-1-

Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to consider the medical opinions and prior administrative medical findings of record in assessing Plaintiff's residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: May 11, 2022         /s/ *Francesco Benavides
                       By:  FRANCESCO BENAVIDES
                       *By email authorization on [May 11, 2022]
                           Attorney for Plaintiff

Date: May 11, 2022     By:  /s/ Elizabeth Landgraf
                           ELIZABETH LANDGRAF
                           Special Assistant United States Attorney
                           Attorney for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new

decision in accordance with the parties' Stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: __May 11, 2022__   /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE